**EXHIBIT BB**

## Law Offices of
# WILLIAM S. GREENAWALT

230 Park Avenue, Suite 2525  
New York, NY 10169-0199

Tel:  
Fax:

November 20, 2003

Edith Shaw Marcus  
143 Independence Ave  
Tappan, New York 10983

Meta Shaw Stevens  
838 West End Ave, Apt. 4D  
New York, New York 10025

    Re: Professional Services and Disbursements from March 2000 to  
    in an action entitled <u>EDITH SHAW MARCUS and META SHAW S</u>  
    <u>Temporary Administrators of The Estate of SAM SHAW, de</u>  
    <u>MYRON BELDOCK, Esq. (Receiver), v. MARTIN BRESSLER, L</u>  
    <u>SUSAN SHAW, BRESSLER & BRESSLER,VALERIE GOO</u>  
    <u>PRODUCTIONS INC., MARC WEINSTEIN, individually and d</u>  
    <u>GROUP</u>, (Supreme Court, New York County, Index No. 123783

<u>Fees</u>

Professional Services, at $300 per hour per Agreement, for 2821  
    hours, as set forth in the Detailed Billing Report annexed...... $ 846,3

Per the Retainer Agreement, the legal fees in this action are to be  
    doubled upon realization by Edith Shaw Marcus and Meta  
    Shaw Stevens of any of the following objectives, all of which  
    were achieved by the settlement reached in the lawsuit:  
    obtaining "some or all of the contested photos, negatives,  
    transparencies or images" (collectively "images") constituting  
    part of any of these collections: Americana, Jazz, Casavetes,  
    John Wayne, any movie or movie set on or for which Sam  
    Shaw shot photos, and "any other collection or set of images  
    as to which Larry Shaw is claiming ownership or will not yield  
    possession," or "some of the marketing and commercial

exploitation rights to the images of Marilyn Monroe," or "some or all of the missing Marilyn Monroe images," or "a substantial portion of the so called '9800' images held by Larry Shaw"..... $1,692,600

...tion of Reduction for Limitation of Fees to $1,000,000......... ($ 692,600)

...Fees ................................................................................................................. $1,000,000

## ...ursement of Attorney Disbursements

...sements for 14-month period from March 2000 through April 2001 were billed in May 2001 and were reimbursed (DM)

...ment of May 2002 payment to firm of Jeffrey Tunick.................................. $ 22,500

...month period from May 2001 through October 2003, attorney Disbursements are estimated at 5% of total undoubled fees during that period........................................................................... $ 22,130

...otal fees and disbursements                                                                 $1,044,630

| | | |
|---|---|---|
| Retainer fee paid on or about May 12, 2000.......................$ | 7,500 | |
| Retainer fee paid on or about October 25, 2000....................$ | 5,000 | |
| Retainer fee paid on or about November 30, 2000.................$ | 2,500 | |
| Fee payment on or about May 11, 2001(DM).........................$ | 5,000 | |
| Fee payment on or about October 22, 2002 ($500 EAI, $400 MS)................................................ $ | 900 | |
| Fee payment on or about November 19, 2002 ($382 EAI, $382 MS)................................................ $ | 764 | |

Total fees paid........................................................................................ ($ 21,664)

GRAND TOTAL DUE.............................................................................. $1,066,294